MARTIN R. KRESS, by JONAS KRESS, His Guardian ad Litem, and JONAS KRESS, Respondents, v. MELCROFT CORPORATION, Appellant. MARTIN R. KRESS,

